IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF OHIO
WESTERN DIVISION

| | |
|---|---|
| ERIKA MARTINEZ GINEZ, | : |
| *Petitioner*, | : Case No. 1:26-cv-57 |
| v. | : Judge Jeffery P. Hopkins |
| KEVIN RAYCRAFT, Field Office Director of Enforcement and Removal Operations, Detroit Field Office, Immigration and Customs Enforcement, *et al.*, | : Magistrate Judge Karen L. Litkovitz |
| *Respondents*. | : |

**ORDER**

Petitioner, Erika Martinez Ginez, brings this petition for a writ of habeas corpus under 28 U.S.C. § 2241. In order to preserve its jurisdiction, and pursuant to its authority under the All Writs Act, the Court **ORDERS** that Respondents shall neither remove Martinez Ginez from this District nor allow her to be removed from this District unless or until the Court orders otherwise.[1] *See* 28 U.S.C. § 1651(a). This order should not be construed as an expression of the Court's views on the merits of this matter. *See Wheaton Coll. v. Burwell*, 573 U.S. 958, 959 (2014).

The Clerk is **DIRECTED** to (1) immediately serve a copy of the petition and its accompanying papers, along with a copy of this Order, to the United States Marshal to promptly serve to a Butler County Sheriff's Deputy in the Potter Stewart United States Courthouse; by email to Kevin J. Gerrity at kevin.gerrity@bcohio.gov; by email to Patrick R.

---

[1] The Court's directive applies with equal force to any individual, group, or entity working in concert with or on behalf of Respondents.

Oelrich at patrick.oelrich@bcohio.gov; and by email to John J. Stark on behalf of the United States Attorney's Office for the Southern District of Ohio at john.stark@usdoj.gov; and (2) promptly note proof of such service on the docket. Counsel for Respondents shall promptly enter notices of appearance.

    **IT IS SO ORDERED.**

January 22, 2026

                                        Jeffery P. Hopkins
                                        United States District Judge